Case 1:21-mj-00683-ZMF   Document 1-1   Filed 12/06/21   Pa

Case: 1:21−mj−00683
Assigned To : Faruqui, Zia M.
Assign. Date : 12/6/2021
Description: Arrest Rule (5)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: Jonathan Acosta                     Docket Number: 1:121CR00509 (LTS)

Sentencing Judge: Honorable Laura Taylor Swain, Chief U.S. District Judge

Date of Original Sentence: November 30, 2020

Original Offense: Attempting to Enter or Remain in restricted Building or Ground, 18 U.S.C. 1752 (a)(1), a Class A Misdemeanor

Original Sentence: Twenty-four Month' Probation

Type of Supervision: Supervised Release     Date Supervision Commenced: November 30, 2020

PETITIONING THE COURT TO ISSUE A WARRANT

*We are respectfully submitting this petition for an expedited warrant. The undersigned officer was contacted by U.S. Secret Service in Washington, D.C., that as of 4:00p.m on December 3, 2021, surveillance was being conducted on an individual who appears to be Mr. Acosta. There is currently an order of protection restricting Mr. Acosta from being in the confines of the White House. However, Mr. Acosta is currently located near the Capitol Building, which is outside of the White House Confines. As a result, they do not have probable cause to take him into custody at this time. Special Agent James Tsongalis forwarded the undersigned office real time photographs of Mr. Acosta. The undersigned officer positively identified Mr. Acosta from the photographs. Additionally, on December 3, 2021, at approximately 2:00p.m., Mr. Acosta sent cell phone text messages of photographs of himself appearing to be on a plane and near the Capitol Building in Washington D.C. Mr. Acosta appears to be wearing the same outfit and hair style observed in the photographs from the U.S. Secret Service.*

*We respectfully request that Your Honor issue an expedited warrant, which will allow the U.S. Secret Service to take Mr. Acosta into custody. A detailed violation report will be forthcoming.*

The supervisee has not complied with the following conditions of supervision:

**Nature of Noncompliance**

1. ON OR BEFORE DECEMBER 3, 2021, THE SUPERVISEE LEFT THE JUDICIAL DISTRICT OF THE SOUTHERN DISTRICT OF NEW YORK, WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER TO WIT, HE TRAVELED TO WASHINGTON D.C. CONDITION 3, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

   The term of supervision should be:

      **Revoked**

I declare under penalty of perjury that the foregoing is true and correct.

(Supporting documentation is attached)

Respectfully submitted,

*Hildery Huffman*

Hildery Huffman
U.S. Probation Officer Specialist

DATE: December 3, 2021



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

_____
Honorable Laura Taylor Swain
Chief U.S. District Judge

12/3/2021
_____
Date

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>) Case No. 1:21CR00509 (LTS)<br>)<br>Jonathan Acosta )<br>) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay <u>Jonathan Acosta</u>, who is accused of an offense or violation based on the following document filed with the court:

<u>X</u>  Supervised Release Violation Petition

This offense is briefly described as follows:

**Non-Compliance with supervised release conditions as outlined in the attached petition.**

Date:  <u>December 3, 2021</u>

_Issuing officer's signature_

City and state: <u>New York, NY</u>     <u>Honorable Laura T. Swain, Chief U.S. District Judge</u>
_Printed name and title_

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

_Arresting officer's signature_

City and state: _____

_Printed name and title_